**FILED**

**MARCH 6, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1350**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE DENLOW**

In the Matter of

Intellect Wireless, Inc.
  v.
Motorola, Inc., LG Electronics, Inc., and
Sanyo Electric Co. Ltd.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Intellect Wireless, Inc.

**J. N.**

| |
|---|
| NAME (Type or print)<br> David J. Mahalek |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ David J. Mahalek |
| FIRM<br> Niro, Scavone, Haller & Niro |
| STREET ADDRESS<br> 181 West Madison Street, Suite 4600 |
| CITY/STATE/ZIP<br> Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280520 | TELEPHONE NUMBER<br> 312-236-0733 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐