FILED
Case 1:08-cv-01350    Document 6    Filed 03/06/2008    Page 1 of 1
MARCH 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1350

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE DENLOW**

| | |
|---|---|
| INTELLECT WIRELESS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) Judge |
| MOTOROLA, INC., LG ELECTRONICS, INC., and SANYO ELECTRIC CO. LTD., | ) Magistrate Judge |
| Defendants. | ) JURY TRIAL DEMANDED |
| | **J. N.** |

### PLAINTIFF'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Fed.R.Civ.P.7.1, Plaintiff Intellect Wireless, Inc., through their attorneys, declares that Intellect Wireless, Inc. is a Texas corporation, and there are no affiliates that own more than five percent of the corporation.

Respectfully Submitted,

*/s/ Paul K. Vickrey*
Paul K. Vickrey
Paul C. Gibbons
David J. Mahalek
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

*Attorney for Intellect Wireless, Inc.*