FILED
MARCH 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01350   Document 7   Filed 03/06/2008   Page 1 of 2

08 C 1350

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE DENLOW**

| | |
|---|---|
| INTELLECT WIRELESS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) Judge |
| MOTOROLA, INC., LG ELECTRONICS, INC., and SANYO ELECTRIC CO. LTD., | ) Magistrate Judge |
| Defendants. | ) JURY TRIAL DEMANDED |
| | ) **J. N.** |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

1. Name and address of plaintiff:

    Intellect Wireless, Inc.
    11654 Plaza America Drive
    Suite 607
    Reston, VA  20190

2. Names and addresses of defendants:

    Motorola, Inc.
    1303 East Algonquin Road
    Schaumburg, IL  60196

    LG Electronics Co., Inc.
    LG Twin Towers 20
    Yeouido dong, Yeongdeungpo-gu
    Seoul, Republic of Korea 150-721

      Sanyo Electric Co. Ltd..
      5-5, Keihan-Hondori
      2-chome
      Moriguchi City, Osaka  570-8677|
      Japan

3.    Name of Inventors:  Daniel Henderson

4.    United States Patent Numbers Involved:

   7,266,186
   7,310,416


                Respectfully Submitted,


                */s/ Paul K. Vickrey*
                Paul K. Vickrey
                Paul C. Gibbons
                David J. Mahalek
                Niro, Scavone, Haller & Niro
                181 West Madison, Suite 4600
                Chicago, Illinois  60602-4515
                (312) 236-0733
                Fax: (312) 236-3137

                *Attorney for Intellect Wireless, Inc.*