## United States District Court for the Northern District of Illinois

Case Number: 08CV1350

Assigned/Issued By: J. N.

Judge Name:

Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

**ISSUANCES**

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
(Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

3 Original and 0 copies on 3-10-08 as to SANYO ELECTRIC CO. LTD.
(Date)
; MOTOROLA, INC.; LG ELECTRONICS INC.

C:\wpwin80\docket\feeinfo.frm     03/14/05