# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLECT WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOTOROLA, INC., )<br>LG ELECTRONICS, INC., and )<br>SANYO ELECTRIC CO. )<br>)<br>Defendants. )<br>) | CASE NO. 08 C 1350<br><br>Judge: Holderman<br><br>Magistrate Judge: Denlow<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT OF MOTOROLA, INC.

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Federal Rule of Civil Procedure 7.1, Defendant Motorola, Inc. ("Motorola") makes the following disclosures: (i) Motorola, Inc. ("Motorola") has no parent organization; and (ii) no publicly held corporation owns 5% or more of its stock.  Motorola notes that a privately held investment adviser, Dodge & Cox, manages mutual funds that own 5% or more of Motorola's stock and Icahn Associates Corporation, a privately owned hedge fund sponsor owns 5% or more of Motorola's stock.

Dated:  April 30, 2008    Respectfully submitted,

  s/ Jonathan E. Retsky
Jonathan E. Retsky
Illinois Bar No. 6201846
Thomas W. Jenkins, Jr.
Illinois Bar No. 6272465
Nathan A. Frederick
Minnesota Bar No. 336427
HOWREY LLP
321 N. Clark Street; Suite 3400
Chicago, Illinois 60610
Phone:  (312) 846-5648
Fax: (312) 264-0380

DM_US:21193090_1

*Attorneys for Defendant, Motorola, Inc.*

## CERTIFICATE OF SERVICE

I, Jonathan E. Retsky, hereby certify that I caused a copy of the foregoing, **Corporate Disclosure Statement of Motorola, Inc.,** to be served by electronic filing using the CM/ECF system upon:

> Paul K. Vickrey
> Paul C. Gibbons
> David J. Mahalek
> Niro, Scavone, Haller & Niro
> 181 West Madison, Suite 4600
> Chicago, Illinois 60602-4515
> (312) 236-0733

Dated: April 30, 2008

    **s/ Jonathan E. Retsky**
Jonathan E. Retsky