*MHN*

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08 C 1350

INTELLECT WIRELSS, INC.

v.

MOTOROLA, INC., LG ELECTRONICS, INC.,
and SANYO ELECTRIC CO. LTD.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Motorola, Inc.

**FILED**

APR 3 0 2008  TC

4-30-2008

**MICHAEL W. DOBBINS**
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Henry C. Bunsow | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Henry C. Bunsow* | |
| FIRM<br>Howrey LLP | |
| STREET ADDRESS<br>525 Market Street, Suite 3600 | |
| CITY/STATE/ZIP<br>San Francisco, CA 94105 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>415-848-4946 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐