IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLECT WIRELESS, INC., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MOTOROLA, INC., LG ELECTRONICS, )<br>INC. and SANYO ELECTRIC CO. )<br>)<br>Defendants. )<br>) | No. 08 C 1350<br><br>Judge: Holderman<br><br>Magistrate Judge: Denlow<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S REPLY TO MOTOROLA, INC.'S COUNTERCLAIMS

Plaintiff Intellect Wireless, Inc., for its reply to Motorola, Inc.'s counterclaims, states as follows:

## RESPONSE TO COUNTERCLAIM ALLEGATIONS

1. Motorola is a Delaware corporation with corporate headquarters at 1303 East Algonquin Road, Schaumburg, Illinois 60196.

**ANSWER:**

Admitted.

2. On information and belief, Intellect Wireless is a Texas corporation with offices in Forth Worth, Texas and Reston, Virginia.

**ANSWER:**

Admitted.

3. This is an action for declaratory judgment arising under 28 U.S.C. §§ 2201 and 2202.

**ANSWER:**

Admitted that this Court has jurisdiction; otherwise denied.

4. This Court has jurisdiction over these counterclaims under 28 U.S.C. §§ 1331, 1338(a) and 2201. Venue is proper under 28 U.S.C. §§ 1391 and 1400(b).

**ANSWER:**

Admitted that this Court has jurisdiction and venue is proper; otherwise denied.

5. Motorola incorporates and realleges paragraphs 1-4.

**ANSWER:**

Intellect Wireless incorporates and realleges its responses to paragraphs 1-4 as though fully set forth herein.

6. Intellect Wireless's Complaint and accusations of infringement against Motorola has created an actual case or controversy concerning the validity of the '186 and '416 Patents.

**ANSWER:**

Admitted that there is an actual case or controversy as to Motorola's infringement of the '186 and '416 Patents; otherwise denied.

7. The '186 and '416 Patents, and more particularly the claims of the '186 and '416 Patents alleged to be infringed, are invalid and of no effect for failure to comply with one or more requirements set forth in 35 U.S.C., including but not limited to Sections 101, 102, 103, and/or 112.

**ANSWER:**

Denied.

8. Motorola incorporates and realleges paragraphs 1-7.

**ANSWER:**

Intellect Wireless incorporates and reallages its responses to paragraphs 1-7 as though fully set forth herein.

9. Intellect Wireless's Complaint and accusations of infringement against Motorola has created an actual case or controversy concerning the infringement of the '186 and '416 Patents.

**ANSWER:**

Admitted that there is an actual case or controversy as to Motorola's infringement of the '186 and '416 Patents.

10. Motorola is not infringing, nor has Motorola infringed, either directly and/or indirectly, any claim of the '186 or '416 Patents.

**ANSWER:**

Denied.

11. Motorola has not actively induced others to infringe the '186 or '416 Patents.

**ANSWER:**

Denied.

12. Motorola has not contributed to the infringement of the '186 or '416 Patents.

**ANSWER:**

Denied.

13. Motorola has not willfully infringed, willfully induced infringement of, or willfully, contributorily infringed any claim of the '186 or '416 Patents.

**ANSWER:**

Denied.

### ADDITIONAL DEFENSES

1. Motorola's pleading fails to state claims upon which relief can be granted, i.e., claims for non-infringement and invalidity of the patents in suit.

2. Motorola's pleading fails to state a justiciable controversy on any issue of non-infringement or invalidity.

### PRAYER FOR RELIEF

WHEREFORE, Intellect Wireless requests judgment in its favor on Motorola's Counterclaims, including declaratory judgment that the patents in suit are not infringed and not invalid, an award of its costs, fees and expenses as provided by law, and any other and further relief to which Intellect Wireless may be entitled or the Court or a jury may award.

### JURY DEMAND

Intellect Wireless hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/ David J. Mahalek
Paul K. Vickrey
Paul C. Gibbons
David J. Mahalek
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Tel:  (312) 236-0733
Fax:  (312) 236-3137

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14th, 2008, I electronically filed the foregoing **PLAINTIFF'S REPLY TO MOTOROLA, INC.'S COUNTERCLAIMS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for Defendants.

                         Jonathan E. Retsky
                         Thomas W. Jenkins, Jr.
                         Nathan A. Frederick
                         HOWREY LLP
                         321 N. Clark Street
                         Suite 3400
                         Chicago, IL  60610
                         Tel:  (312) 846-5648
                         Fax:  (312) 264-0380


                         ____/s/ David J. Mahalek_____