IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLECT WIRELESS, INC., )<br> )<br>          Plaintiff, )<br> )<br>v. )<br> )<br> )<br>MOTOROLA, INC., )<br>LG ELECTRONICS, INC., and )<br>SANYO ELECTRIC CO. LTD. )<br> )<br>          Defendants. ) | Civil Action No. 08-CV-1350<br><br>Judge James F. Holderman<br>Magistrate Judge Morton Denlow |

**SANYO ELECTRIC CO., LTD.'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Sanyo Electric Co., Ltd. ("Sanyo Electric"), by and through its attorneys, Katten Muchin Rosenman LLP, and pursuant to Federal Rules of Civil Procedure 6(a) and 12(a), moves this Court for an extension of time to respond to Intellect Wireless, Inc.'s ("Plaintiff") Complaint. In support of its Motion, Sanyo Electric states as follows:

1.  On March 6, 2008, Plaintiff filed its Complaint alleging infringement of United States Patent Numbers 7,266,186 and 7,310,416.

2.  On May 7, 2008, Sanyo Electric was served with Plaintiff's Complaint.

3.  Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Sanyo Electric's response to Plaintiff's Complaint is due on May 27, 2008.

4.  Counsel for Sanyo Electric contacted counsel for Plaintiff regarding a 30-day extension of time to respond to the Complaint, whereupon counsel for Plaintiff agreed to said 30-day extension.

2

5.   Sanyo Electric's agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Sanyo Electric's right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patent.

WHEREFORE, Sanyo Electric requests that the Court enter an order extending its time for answering Plaintiff's Amended Complaint to June 26, 2007.


DATED:  May 22, 2008                     /s/ Michael A. Dorfman
                                                Timothy J. Vezeau
Michael A. Dorfman
Breighanne A. Eggert
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
Telephone:  312-902-5200
Facsimile:  312-902-1061

Attorneys for Sanyo Electric Co., Ltd.