IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-CV-1350 |
| ) | |
| ) | Judge James F. Holderman |
| MOTOROLA, INC., ) | Magistrate Judge Morton Denlow |
| LG ELECTRONICS, INC., and ) | |
| SANYO ELECTRIC CO. LTD. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT SANYO ELECTRIC CO., LTD.'S NOTICE OF UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

TO:   See Attached Service List

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable James F. Holderman on May 27, 2008 at 9:00 a.m. in Courtroom 2541 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any judge sitting in his place and stead to present Sanyo Electric Co., Ltd.'s Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint, copies of which have been served upon you.

1

        Respectfully submitted,

Dated: May 22, 2008

    BY:    /s/ Michael A. Dorfman_____
        Timothy J. Vezeau
        Michael A. Dorfman
        Breighanne A. Eggert
        KATTEN MUCHIN ROSENMAN LLP
        525 W. Monroe Street
        Chicago, IL 60661-3693
        Tel: 312.902.5200
        Fax: 312.902.8190