## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT SANYO ELECTRIC CO., LTD.'S NOTICE OF UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO  PLAINTIFF'S COMPLAINT** was electronically filed on May 22, 2008 with the Clerk of Court using the CM/ECF system, which will send notification be electronic mail to the following:

| | |
|---|---|
| Raymond P. Niro<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, Illinois 60602<br>rniro@nshn.com | Jonathan E. Retsky<br>HOWREY LLP<br>321 North Clark Street<br>Suite 3400<br>Chicago, IL  60610 |
| Paul K. Vickrey<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, Illinois 60602<br>vickrey@nshn.com | Nathan A. Frederick<br>HOWREY LLP<br>321 North Clark Street<br>Suite 3400<br>Chicago, IL  60610 |
| David Joseph Mahalek<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, Illinois 60602<br>mahalek@nshn.com | Thomas W. Jenkins<br>HOWREY LLP<br>321 North Clark Street<br>Suite 3400<br>Chicago, IL  60610 |
| Paul Christopher Gibbons<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, Illinois 60602<br>gibbons@nshn.com | |

and by Federal Express upon:

Henry C. Bunsow
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94105


   /s/ Michael A. Dorfman_____