**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Intellect Wireless, Inc.
                Plaintiff,

v.                                                       Case No.: 1:08−cv−01350
                                                         Honorable James F. Holderman

Motorola, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant Sanyo Electric Co. Ltd.'s unopposed motion for extension of time to respond to plaintiff's complaint [25] is granted; defendant is given until 6/26/2007 to plead to the complaint. Status hearing set for 7/1/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.