IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CV 1350 |
| v. ) | |
| ) | |
| MOTOROLA, INC., LG ) | |
| ELECTRONICS, INC., and ) | |
| SANYO ELECTRIC CO. LTD. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF AGREED MOTION**

**TO:**  Paul K. Vickery
Paul C. Gibbons
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602

**PLEASE TAKE NOTICE THAT** on **Thursday, June 19, 2008** at **9:00 a.m.**, counsel for Defendant LG Electronics, Inc., shall appear before Judge James F. Holderman in courtroom 2541 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60603, and then and there present the accompanying **Agreed Motion to Extend Time for Defendant LG Electronics, Inc. to Respond to the Complaint**.

LG ELECTRONICS, INC.,

/s/ Christopher Carmichael

Christopher J. Murdoch
Christopher W. Carmichael
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Flr.
Chicago, Illinois 60603
Tel: (312) 263-3600
Fax: (312) 578-6666
christopher.murdoch@hklaw.com
christopher.carmichael@hklaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on **June 13, 2008**, the foregoing **Notice of Agreed Motion** was filed with Clerk of the Court using the CM/ECF System, which automatically transmitted a Notice of Electronic Filing to all ECF registrants.

/s/Christopher Carmichael

# 5406087_v1