# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CV 1350 |
| v. ) | |
| ) | |
| MOTOROLA, INC., LG ) | |
| ELECTRONICS, INC., and ) | |
| SANYO ELECTRIC CO. LTD. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT LG ELECTRONICS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant LG Electronics, Inc., discloses that:

(a) LG Corporation is the parent of LG Electronics, Inc.

(b) LG Corporation owns 5% or more of LG Electronics, Inc.'s stock.

LG ELECTRONICS, INC.,

/s/ Christopher Carmichael

Christopher J. Murdoch
Christopher W. Carmichael
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Flr.
Chicago, Illinois 60603
Tel: (312) 263-3600
Fax: (312) 578-6666
chris.murdoch@hklaw.com
christopher.carmichael@hklaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on **June 13, 2008**, the foregoing **Defendant LG Electronics, Inc.'s Rule 7.1 Disclosure Statement** was filed with Clerk of the Court using the CM/ECF System, which automatically transmitted a Notice of Electronic Filing to all ECF registrants.

/s/Christopher Carmichael

# 5406171_v1