## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Intellect Wireless, Inc.
                        Plaintiff,

v.                                           Case No.: 1:08−cv−01350
                                                              Honorable James F. Holderman

Motorola, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant LG Electronics, Inc.'s motion for extension of time to file answer or otherwise plead [29] is granted; defendant LG Electronics is given until 8/29/2008 to answer or otherwise plead to the complaint. Status hearing date of 7/1/2008 is reset for 9/4/2008 at 9:00 AM for report on status and further scheduling. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.