IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLECT WIRELESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-CV-1350 |
| | ) |
| | ) Judge James F. Holderman |
| MOTOROLA, INC., | ) Magistrate Judge Morton Denlow |
| LG ELECTRONICS, INC., and | ) |
| SANYO ELECTRIC CO. LTD. | ) |
| | ) |
| Defendants. | ) |

**SANYO ELECTRIC CO., LTD.'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Sanyo Electric Co., Ltd. ("Sanyo Electric"), by and through its attorneys, Katten Muchin Rosenman LLP, and pursuant to Federal Rules of Civil Procedure 6(a) and 12(a), moves this Court for a second extension of time to respond to Intellect Wireless, Inc.'s ("Plaintiff") Complaint. In support of its Motion, Sanyo Electric states as follows:

1. On March 6, 2008, Plaintiff filed its Complaint alleging infringement of United States Patent Numbers 7,266,186 and 7,310,416.

2. On May 7, 2008, Sanyo Electric was served with Plaintiff's Complaint.

3. Counsel for Sanyo Electric and Plaintiff agreed to a 30-day extension of time for Sanyo Electric to respond to the Complaint. This Court granted the 30-day extension, setting the date for Sanyo Electric's response as June 26, 2008. *See* Docket No. 27.

4. Subsequently, Defendant LG Electronics, Inc. ("LG") requested and was granted a 30-day extension of time to respond to the Complaint, setting the date for LG's response as August 29, 2008. *See* Docket Nos. 29 and 33.

1

2

5.     To conform with LG's extension, counsel for Sanyo Electric requested an additional extension of time until August 29, 2008, in which to answer Plaintiff's Complaint or otherwise plead.  Counsel for Plaintiff agreed to this extension of time.

6.     Sanyo Electric's agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Sanyo Electric's right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patent.

WHEREFORE, Sanyo Electric requests that the Court enter an order extending its time for answering Plaintiff's Complaint to August 29, 2008.


DATED:  June 23, 2008                  __/s/ Michael A. Dorfman_____
                                       Timothy J. Vezeau
                                       Michael A. Dorfman
                                       Breighanne A. Eggert
                                       KATTEN MUCHIN ROSENMAN LLP
                                       525 W. Monroe Street
                                       Chicago, Illinois 60661
                                       Telephone:  312-902-5200
                                       Facsimile:  312-902-1061

                                       Attorneys for Sanyo Electric Co., Ltd.