## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT SANYO ELECTRIC CO., LTD.'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was electronically filed on June 23, 2008 with the Clerk of Court using the CM/ECF system, which will send notification be electronic mail to the following:

Raymond P. Niro
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
rniro@nshn.com

Jonathan E. Retsky
HOWREY LLP
321 North Clark Street
Suite 3400
Chicago, IL  60610

Paul K. Vickrey
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
vickrey@nshn.com

Nathan A. Frederick
HOWREY LLP
321 North Clark Street
Suite 3400
Chicago, IL  60610

David Joseph Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
mahalek@nshn.com

Thomas W. Jenkins
HOWREY LLP
321 North Clark Street
Suite 3400
Chicago, IL  60610

Paul Christopher Gibbons
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
gibbons@nshn.com

Christopher W. Carmichael
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30TH Floor
Chicago, IL 60603
christopher.carmichael@hklaw.com

Christopher James Murdoch
HOLLAND & KNIGHT LLC
131 South Dearborn Street, 30TH Floor
Chicago, IL 60603
chris.murdoch@hklaw.com

and by Federal Express upon:

Henry C. Bunsow
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

/s/ Michael A. Dorfman_____