IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-CV-1350 |
| ) | |
| ) | Judge James F. Holderman |
| MOTOROLA, INC., ) | Magistrate Judge Morton Denlow |
| LG ELECTRONICS, INC., and ) | |
| SANYO ELECTRIC CO. LTD. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT SANYO ELECTRIC CO., LTD.'S NOTICE OF UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

TO:   See Attached Service List

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable James F. Holderman on June 26, 2008 at 9:00 a.m. in Courtroom 2541 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any judge sitting in his place and stead to present Sanyo Electric Co., Ltd.'s Unopposed Motion for a Second Extension of Time to Respond to Plaintiff's Complaint, copies of which have been served upon you.

                Respectfully submitted,

Dated: June 23, 2008

                BY:    /s/ Michael A. Dorfman
                    Timothy J. Vezeau
                    Michael A. Dorfman
                    Breighanne A. Eggert
                    KATTEN MUCHIN ROSENMAN LLP
                    525 W. Monroe Street
                    Chicago, IL 60661-3693
                    Tel:  312.902.5200
                    Fax:  312.902.8190