## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT SANYO ELECTRIC CO., LTD.'S NOTICE OF UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was electronically filed on June 23, 2008 with the Clerk of Court using the CM/ECF system, which will send notification be electronic mail to the following:

Raymond P. Niro
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
rniro@nshn.com

Paul K. Vickrey
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
vickrey@nshn.com

David Joseph Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
mahalek@nshn.com

Paul Christopher Gibbons
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
gibbons@nshn.com

Jonathan E. Retsky
HOWREY LLP
321 North Clark Street
Suite 3400
Chicago, IL  60610

Nathan A. Frederick
HOWREY LLP
321 North Clark Street
Suite 3400
Chicago, IL  60610

Thomas W. Jenkins
HOWREY LLP
321 North Clark Street
Suite 3400
Chicago, IL  60610

Christopher W. Carmichael
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30TH Floor
Chicago, IL 60603
christopher.carmichael@hklaw.com

Christopher James Murdoch
HOLLAND & KNIGHT LLC
131 South Dearborn Street, 30TH Floor
Chicago, IL 60603
chris.murdoch@hklaw.com

and by Federal Express upon:

Henry C. Bunsow
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

/s/ Michael A. Dorfman_____