# Exhibit B

**Intellect Wireless, Inc. v. Motorola et al.**

**Case No. 08-C-1350**

**SANYO**
KYOCERA SANYO Telecom, Inc

MOBILE PHONES    WHERE TO BUY    SUPPORT    U.S.    CANADA

> Corporate Profile
> Privacy Policy
> Legal / Terms & Conditions

## Corporate Profile
### About SANYO Wireless

Over the past decade, millions of North American wireless users have selected SANYO as their mobile phone brand of choice. With an earned-reputation for ease of operation, performance, reliability and innovative design, SANYO phones consistently deliver an exceptional user experience.

In fact, in the U.S., SANYO has received the highest ranking from the industry's foremost independent customer satisfaction research company more times than any other mobile phone brand.

SANYO has also continually pushed the envelope with advanced technologies and unique features. The first mobile phone with a color LCD... the first ultra-slim phone... the first mobile phone with an embedded camera... these are just a few of the "firsts" that SANYO has brought to the market in North America.

In April 2008, the next stage has begun with the formation of KYOCERA SANYO Telecom, Inc. (KSTI), a wholly-owned subsidiary of KYOCERA International, Inc. Under KSTI, the SANYO brand will continue, as will the company's dedication to delivering unparalleled customer satisfaction.

And now, leveraging the combined knowledge and resources of two of the world's leading electronics companies, KSTI is firmly poised to deliver the next generation of wireless solutions for tomorrow and beyond.

NEWS   ABOUT   CONTACT                                                search [        ] GO

©2008 KYOCERA SANYO Telecom, Inc., a wholly-owned subsidiary of KYOCERA International, Inc. All rights reserved. SANYO is a registered trademark of SANYO Electric Co., Ltd. and is used under license.

home | products | where to buy | support | news