# Exhibit C

**Intellect Wireless, Inc. v. Motorola et al.**

**Case No. 08-C-1350**



| MOBILE PHONES | WHERE TO BUY | SUPPORT | U.S. |
| | | | CANADA |

SANYO
KYOCERA SANYO Telecom, Inc.

### Sanyo Wireless News

**KYOCERA CONSUMMATES ITS COMBINATION WITH SANYO'S MOBILE PHONE BUSINESS IN NORTH AMERICA**
Tuesday, April 1, 2008

*Company announces integration structure, future direction for*
*North American wireless phone business segment*

**SAN DIEGO — April 1, 2008** — Kyocera Corporation (Kyocera), parent and headquarters of the worldwide Kyocera Group, today consummated the business combination announced with Sanyo Electric Co., Ltd. (Sanyo) on January 21, 2008, in which Kyocera acquires Sanyo's global mobile phone business. The agreement taking effect today makes Kyocera the world's sixth-largest manufacturer of wireless phones. As part of the transaction, Sanyo had "carved out" its U.S. mobile phone unit from its other businesses and created a new company, incorporating the unit's operations in North America. Effective today, Kyocera acquires the new company, calling it Kyocera Sanyo Telecom, Inc. (KSTI), and transfers its equity ownership to its North American holding company, Kyocera International, Inc. (KII) of San Diego.

KSTI is headquartered in Chatsworth, Calif., and will continue to focus on the development, sales, marketing and service of Sanyo mobile phones in North America. KSTI's major customers in North America include Sprint and Qwest in the U.S., along with Bell Mobility in Canada. The company will maintain responsibility for its existing sales channel with the Sanyo brand.

KII also owns Kyocera Wireless Corp. (KWC), a wholly owned, San Diego-based subsidiary formed in 2000 when Kyocera purchased the wireless phone division of Qualcomm Inc. To ensure continuity during the transition process, KSTI and KWC will each remain focused on its existing customer base.

"We welcome KSTI members to the Kyocera Group and commit to supporting their efforts in continuing their supply of leading-edge mobile communications devices to the market," said Yuzo Yamamura, vice chairman of Kyocera and general manager of the company's telecommunications equipment group. "This combination of complementary forces will yield potent synergies, economies of scale and enhanced value for all of our customers and shareholders."

Atsushi "Andy" Kodera, formerly senior vice president of Sanyo Fisher Corp., has assumed the responsibilities of president of KSTI and will continue to be located in Chatsworth.

"KSTI is excited to join the Kyocera Group and eager to grow our business synergistically with Kyocera," Kodera stated. "Our existing technology and product portfolios are very complementary. In combination with Kyocera's exceptionally strong financial position and breadth of expertise ? ranging from materials and components to advanced equipment ? we have the foundation and resources that promise a great opportunity to expand our mutual businesses."

Under terms finalized with Sanyo today, Kyocera acquires a comprehensive set of assets relating to the research, development, design, materials procurement, manufacture, sales and marketing of CDMA handsets; PHS handsets; PHS base stations; and wireless communications systems; as well as a range of related technologies, intellectual property and patents.

**About Kyocera**
San Diego-based Kyocera International, Inc. (KII) is the North American headquarters and holding company for Kyoto, Japan-based Kyocera Corporation.
Kyocera Corporation (NYSE: KYO), the parent and global headquarters of the Kyocera Group, was founded in 1959 as a producer of advanced ceramics. By combining these engineered materials with metals and plastics, and integrating them with other technologies, Kyocera has become a leading supplier of telecommunications equipment, semiconductor

packages, electronic components, laser printers, copiers, solar energy systems and industrial ceramics. During the year ended March 31, 2007, Kyocera Corporation's consolidated net sales totaled approximately US$10.8 billion (JP¥1,283,897 million) with net income of approximately US$902 million (JP¥106,504 million).

**FOR MORE INFORMATION, CONTACT:**
Jay Scovie
Kyocera International Inc.
+1-858-576-2674
jay.scovie@kyocera.com

NEWS    ABOUT    CONTACT

search [        ] [GO]

©2008 KYOCERA SANYO Telecom, Inc., a wholly-owned subsidiary of KYOCERA International, Inc. All rights reserved. SANYO is a registered trademark of SANYO Electric Co., Ltd. and is used under license.

home | products | where to buy | support | **news**