# Exhibit D

**Intellect Wireless, Inc. v. Motorola et al.**

**Case No. 08-C-1350**

Sprint.com | Business | Find a Store | About Us | Contact Us

Enter your search question here | Search

Packages | Phones | Plans | Services | Accessories | Promotions | Coverage Maps | Shopping Cart | En Español

PHONES | PLAN | SERVICES | ACCESSORIES

CHAT ONLINE WITH A SALES REP ▸ | ORDER BY PHONE 1-866-866-7509 ▸

Retrieve my Saved Cart |

You are shopping in Chicago, IL 60602

Narrow My List >

Best For: Direct Connect | Pictures | TV / Music | Basic Usage

Phone Characteristics: Flip | Rugged | PDA/Smartphone | Bluetooth | Data Cards | GPS Navigation

Reset

View International Phones >

Sort by: Manufacturer | Price

**Samsung Instinct™**

Sprint Music Store℠
Sprint TV® enabled
Slim and fashionable
Speakerphone
Built-in camera
Web, email capable
more info...
Video Overview
Plan requirements

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $449.99 |
| Instant savings | -$220.00 |
| Mail-in Rebate | -$100.00 |
| New price | $129.99 |

New
Touchscreen on the Now Network

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**A420 by Samsung®**

Slim and fashionable
Speakerphone
External display
Voice dialing
more info...

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $149.99 |
| Instant savings | -$149.99 |
| New price | $0.00 |

Web Exclusive
Super value, limited supplies

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**M300 by Samsung®**

Slim and fashionable
Speakerphone
Built-in camera
Web, email capable
Bluetooth
External display
more info...

More Views

Red

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $219.99 |
| Instant savings | -$150.00 |
| Web special | -$50.00 |
| Online price | $19.99 |

Color: Red
Qty: 1
Buy with new plan
Upgrade/Replace
Select

**LX160 by LG**

Slim and fashionable
Speakerphone
Web, email capable
Bluetooth
External display
Voice dialing
more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $169.99 |
| Instant savings | -$150.00 |
| New price | $19.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**S1 by Sanyo®**

Slim and fashionable
Speakerphone
Web, email capable
Bluetooth
External display
Voice dialing
more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $169.99 |
| Instant savings | -$150.00 |
| New price | $19.99 |

New
Sleek, stylish simplicity

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**MOTORAZR™ V3m by Motorola**

Sprint Music Store℠
Sprint TV® enabled
Slim and fashionable
Speakerphone
Built-in camera
Web, email capable
more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $249.99 |
| Instant savings | -$170.00 |
| Mail-in Rebate | -$50.00 |
| New price | $29.99 |

Online Only Savings
Save $170 Instantly

Qty: 1
Buy with new plan
Upgrade/Replace
Select

Already a customer? Upgrade online and we'll waive the $18 upgrade fee. Shop now

**RED MOTORAZR™ V3m by Motorola**

- Sprint Music Store℠
- Sprint TV® enabled
- Slim and fashionable
- Speakerphone
- Built-in camera
- Web, email capable

more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $249.99 |
| Instant savings | -$170.00 |
| Mail-in Rebate | -$50.00 |
| New price | $29.99 |

Online Only Savings
Save $170 instantly

Qty: 1
Buy with new plan
Upgrade/Replace
Select

---

**i335 by Motorola**

- Nextel Direct Connect®
- Speakerphone
- Web, email capable
- Rugged
- Group Connect
- Bluetooth

more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $239.99 |
| Instant savings | -$150.00 |
| Web special | -$50.00 |
| Online price | $39.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

---

**Compass™ 597 by Sierra Wireless**

- Web, email capable
- GPS enabled
- Memory card slot
- Broadband speeds where available

more info...

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $249.99 |
| Instant savings | -$150.00 |
| Web special | -$50.00 |
| Online price | $49.99 |

New
Nation's smallest USB modem

Qty: 1
Buy with new plan
Upgrade/Replace
Select

---

**Rumor™ by LG®**

- Slim and fashionable
- Speakerphone
- Built-in camera
- Web, email capable
- Bluetooth
- External display

more info...

More Views

White

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $279.99 |
| Instant savings | -$180.00 |
| Mail-in Rebate | -$50.00 |
| New price | $49.99 |

Color: White
Qty: 1
Buy with new plan
Upgrade/Replace
Select

---

**KATANA® LX by Sanyo®**

- Slim and fashionable
- Speakerphone
- Built-in camera
- Web, email capable
- Bluetooth
- External display

more info...

More Views

Liquid Graphite

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $249.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $49.99 |

New
Translucent external display

Color: Liquid Graphite
Qty: 1
Buy with new plan
Upgrade/Replace
Select

---

**M520 by Samsung®**

- Sprint Music Store℠
- Sprint TV® enabled
- Slim and fashionable
- Speakerphone
- Built-in camera
- Web, email capable

more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $249.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $49.99 |

New
Sliding keypad

Qty: 1
Buy with new plan
Upgrade/Replace
Select

---

**KATANA® II by Sanyo®**

- Slim and fashionable
- Speakerphone
- Built-in camera
- Web, email capable
- Bluetooth
- External display

more info...

More Views

Pink Fascination

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $249.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $49.99 |

Color: Pink Fascination
Qty: 1
Buy with new plan
Upgrade/Replace
Select

---

**PRO-200 by Sanyo®**

- Nextel Direct Connect®
- Speakerphone
- Web, email capable
- Group Connect
- Bluetooth
- External display

more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $249.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $49.99 |

To get this phone:
Call 1-800-SPRINT-1, or find a Sprint Store (Availability of this phone is limited, so please call ahead.)

Sprint phone
With Nextel Direct Connect services

### i850 by Motorola

- Nextel Direct Connect®
- Speakerphone
- Built-in camera
- Web, email capable
- Group Connect
- External display

more info...

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $219.99 |
| Instant savings | -$150.00 |
| New price | $69.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

### PRO-700 by Sanyo®

- Nextel Direct Connect®
- Speakerphone
- Web, email capable
- Rugged
- Group Connect
- Bluetooth

more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $279.99 |
| Instant savings | -$150.00 |
| Mail-In Rebate | -$50.00 |
| New price | $79.99 |

Sprint phone
With Nextel Direct Connect services

To get this phone:
Call 1-800-SPRINT-1, or find a Sprint Store (Availability of this phone is limited, so please call ahead.)

### LX400 by LG®

- Nextel Direct Connect®
- Speakerphone
- Built-in camera
- Web, email capable
- Group Connect
- Bluetooth

more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $279.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $79.99 |

Sprint phone
With Nextel Direct Connect services

To get this phone:
Call 1-800-SPRINT-1, or find a Sprint Store (Availability of this phone is limited, so please call ahead.)

### i570 by Motorola

- Nextel Direct Connect®
- Speakerphone
- Web, email capable
- Rugged
- Group Connect
- External display

more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $279.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $79.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

### The Buzz™ ic502 by Motorola

- Nextel Direct Connect®
- Speakerphone
- Web, email capable
- Rugged
- Group Connect
- External display

more info...

More Views

Black

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $269.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$40.00 |
| New price | $79.99 |

Sprint Exclusive
PowerSource phone

Color: Black
Qty: 1
Buy with new plan
Upgrade/Replace
Select

### i355 by Motorola

- Nextel Direct Connect®
- Speakerphone
- Web, email capable
- Rugged
- Group Connect
- GPS enabled

more info...

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $239.99 |
| Instant savings | -$150.00 |
| New price | $89.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

### Katana® DLX by Sanyo®

- Sprint Music Store℠
- Sprint TV® enabled
- Slim and fashionable
- Speakerphone
- Built-in camera
- Web, email capable

more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $329.99 |
| Instant savings | -$180.00 |
| Mail-in Rebate | -$50.00 |
| New price | $99.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

### Centro™ by Palm®

- Sprint TV® enabled
- Speakerphone
- Built-in camera
- Web, email capable
- Bluetooth
- External display

more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $399.99 |
| Instant savings | -$200.00 |
| Mail-in Rebate | -$100.00 |
| New price | $99.99 |

Color: Pink
Qty: 1
Buy with new plan
Upgrade/Replace
Select

Case 1:08-cv-01350 Document 36-4 Filed 06/30/2008 Page 5 of 7

Pink

**Merlin™ EX720 by Novatel Wireless**
Web, email capable
GPS enabled
Broadband speeds where available
more info...

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $329.99 |
| Instant savings | -$180.00 |
| Mail-in Rebate | -$50.00 |
| New price | $99.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**Muziq™ by LG®**
Sprint Music Store℠
Sprint TV® enabled
Slim and fashionable
Speakerphone
Built-in camera
Web, email capable
more info...
More Views
Extreme Pink

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $299.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $99.99 |

Color: Extreme Pink
Qty: 1
Buy with new plan
Upgrade/Replace
Select

**Upstage™ by Samsung®**
Sprint Music Store℠
Sprint TV® enabled
Slim and fashionable
Speakerphone
Built-in camera
Web, email capable
more info...
More Views
Red

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $299.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $99.99 |

Color: Red
Qty: 1
Buy with new plan
Upgrade/Replace
Select

**Z400 by Samsung®**
Nextel Direct Connect®
Speakerphone
Built-in camera
Web, email capable
Rugged
Group Connect
more info...
More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $299.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $99.99 |

Sprint phone
**With Nextel Direct Connect services**

To get this phone:
Call 1-800-SPRINT-1, or find a Sprint Store (Availability of this phone is limited, so please call ahead.)

**The Buzz+™ ic602 by Motorola**
Nextel Direct Connect®
Speakerphone
Built-in camera
Web, email capable
Rugged
Group Connect
more info...
More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $289.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$40.00 |
| New price | $99.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**Ovation U727 by Novatel Wireless**
Web, email capable
GPS enabled
Memory card slot
Broadband speeds where available
more info...

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $299.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $99.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**Aircard® 595 by Sierra Wireless**
Web, email capable
Broadband speeds where available
more info...

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $269.99 |
| Instant savings | -$150.00 |
| New price | $119.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**BlackBerry® Pearl™ 8130**
Sprint Music Store℠
Sprint TV® enabled
Slim and fashionable
Speakerphone
Built-in camera
Web, email capable
more info...
More Views
Red

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $499.99 |
| Instant savings | -$270.00 |
| Mail-in Rebate | -$100.00 |
| New price | $129.99 |

Special Savings
**Save $270 instantly**

Color: Red
Qty: 1
Buy with new plan
Upgrade/Replace
Select

i880 by Motorola
Nextel Direct Connect®
Speakerphone
Built-in camera
Web, email capable
Group Connect
Bluetooth
more info...
More Views
Grey
AirCard® 597E ExpressCard by Sierra Wireless
Web, email capable
GPS enabled
Broadband speeds where available
more info...
8703e™ by BlackBerry®
Speakerphone
Web, email capable
Bluetooth
External display
GPS enabled
Broadband speeds where available
more info...
More Views
Samsung ACE™
Sprint TV® enabled
Slim and fashionable
Speakerphone
Built-in camera
Web, email capable
Bluetooth
more info...
More Views
The Deluxe™ ic902 by Motorola
Sprint Music Store℠
Sprint TV® enabled
Nextel Direct Connect®
Speakerphone
Built-in camera
Web, email capable
more info...
More Views
BlackBerry® Curve™ 8330
Sprint Music Store℠
Sprint TV® enabled
Slim and fashionable
Speakerphone
Built-in camera
Web, email capable
more info...
More Views
Treo™ 700wx by Palm
Speakerphone
Built-in camera
Web, email capable
Bluetooth
External display
GPS enabled
more info...
More Views
Treo™ 755p by Palm
Sprint TV® enabled
Speakerphone
Built-in camera
Web, email capable
Bluetooth
External display
more info...
More Views
i580 by Motorola
Nextel Direct Connect®
Speakerphone

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $329.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $129.99 |

Color: Grey
Qty: 1
Buy with new plan
Upgrade/Replace
Select

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $329.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$50.00 |
| New price | $129.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $449.99 |
| Instant savings | -$200.00 |
| Mail-in Rebate | -$100.00 |
| New price | $149.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $449.99 |
| Instant savings | -$200.00 |
| Mail-in Rebate | -$100.00 |
| New price | $149.99 |

New
Ultra-thin World Phone

Qty: 1
Buy with new plan
Upgrade/Replace
Select

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $339.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$40.00 |
| New price | $149.99 |

Sprint Exclusive
PowerSource phone

Qty: 1
Buy with new plan
Upgrade/Replace
Select

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $599.99 |
| Instant savings | -$320.00 |
| Mail-in Rebate | -$100.00 |
| New price | $179.99 |

New
Save $320 instantly

Qty: 1
Buy with new plan
Upgrade/Replace
Select

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $549.99 |
| Instant savings | -$250.00 |
| Mail-in Rebate | -$100.00 |
| New price | $199.99 |

Special Savings
Save $250 instantly

Qty: 1
Buy with new plan
Upgrade/Replace
Select

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $579.99 |
| Instant savings | -$280.00 |
| Mail-in Rebate | -$100.00 |
| New price | $199.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $349.99 |
| Instant savings | -$150.00 |

Qty: 1
Buy with new plan
Upgrade/Replace



Built-in camera
Web, email capable
Rugged
Group Connect
more info...

More Views

| | |
|---|---|
| New price | $199.99 |

Select

**i615 by Motorola**

Nextel Direct Connect®
Speakerphone
Web, email capable
Rugged
Group Connect
Bluetooth
more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $349.99 |
| Instant savings | -$150.00 |
| New price | $199.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**i920 by Motorola**

Nextel Direct Connect®
Speakerphone
Web, email capable
Group Connect
External display
GPS enabled
more info...

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $349.99 |
| Instant savings | -$150.00 |
| New price | $199.99 |

Clearance
While supplies last

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**7100i™ by BlackBerry®**

Nextel Direct Connect®
Speakerphone
Web, email capable
Bluetooth
External display
GPS enabled
more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $349.99 |
| Instant savings | -$150.00 |
| New price | $199.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**8830 by BlackBerry®**

Slim and fashionable
Speakerphone
Web, email capable
Bluetooth
External display
GPS enabled
more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $549.99 |
| Instant savings | -$230.00 |
| Mail-in Rebate | -$100.00 |
| New price | $219.99 |

Special Savings
Save $230 instantly

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**Touch by HTC™**

Sprint Music Store℠
Sprint TV® enabled
Slim and fashionable
Speakerphone
Built-in camera
Web, email capable
more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $499.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$100.00 |
| New price | $249.99 |

New
Built-in TouchFLO™ technology

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**Mogul™ by HTC**

Sprint Music Store℠
Speakerphone
Built-in camera
Web, email capable
Bluetooth
External display
more info...

More Views

| New Phone & Plan Pricing | |
|---|---|
| Regular price | $549.99 |
| Instant savings | -$150.00 |
| Mail-in Rebate | -$100.00 |
| New price | $299.99 |

Qty: 1
Buy with new plan
Upgrade/Replace
Select

**Terms & Conditions**

Your Privacy Rights | Acceptable Use Policy and Visitor Agreement | Copyright Notices | Find a Store | Contact Us | Email Sign Up

© 2008 Sprint. All rights reserved.