IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 C 1350 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| | ) | Magistrate Judge Denlow |
| MOTOROLA, INC., | ) | |
| LG ELECTRONICS, INC., and | ) | JURY TRIAL DEMANDED |
| SANYO ELECTRIC CO. LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, July 10, 2008, at 9:00 a.m.,** counsel for Intellect Wireless will appear before the Honorable James F. Holderman or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 2541, at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present **INTELLECT WIRELESS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT,** a copy of which is hereby attached.

Respectfully submitted,

/s/ David J. Mahalek
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602-4515
(312) 236-0733

Attorneys for Intellect Wireless, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was served upon the below-listed counsel of record by CM/ECF on the 2nd day of July, 2008:

>Henry C. Bunsow
>Jonathan E. Retsky (retskyj@howrey.com)
>Thomas W. Jenkins, Jr. (Jenkinst@howrey.com)
>Nathan A. Frederick
>HOWREY LLP
>321 N. Clark Street, Suite 3400
>Chicago, IL  60610
>Tel:  (312) 846-5648
>Fax:  (312) 264-0380
>**Attorneys for Motorola, Inc.**
>
>Timothy J. Vezeau
>(timothy.vezeau@kattenlaw.com)
>Breighanne A. Eggert
>breighanne.eggert@kattenlaw.com
>Michael A. Dorfman
>Michael.dorfman@kattenlaw.com
>Katten Muchen Rosenman LLP
>525 W. Monroe Street
>Chicago, IL  60661
>Tel:  (312) 902-5200
>Fax:  (312) 902-1061
>**Attorneys for Sanyo Electric Co, Ltd.**
>
>Christopher W. Carmichael
>Christopher.carmichael@hklaw.com
>Christopher J. Murdoch
>Chris.murdoch@hklaw.com
>Holland & Knight, LLP
>131 S. Dearborn Street
>30th Floor
>Chicago, IL  60603
>Tel:  (312) 578-6641
>Fax:  (312) 578-6666

>/s/ David J. Mahalek
>Attorney for Intellect Wireless