**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Intellect Wireless, Inc.

                         Plaintiff,

v.                                          Case No.: 1:08−cv−01350
                                            Honorable James F. Holderman

Motorola, Inc., et al.

                         Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

        MINUTE entry before the Honorable James F. Holderman: Plaintiff and Counter
Defendant Intellect Wireless, Inc.'s motion for leave to file an Amended Complaint [36] is
granted; defendants are given until 8/29/2008 to plead to the first amended complaint.
Parties to meet and prepare Form 35 for filing by 9/8/2008. Status hearing set for
9/16/2008 at 9:00 AM for entry of scheduling order. As discussed in open court, copies of
the patent with prosecution history are to be submitted to the Court by 9/16/2008. Mailed
notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.