## United States District Court for the Northern District of Illinois

Case Number: 08CV1350    Assigned/Issued By: DAJ

Judge Name:    Designated Magistrate Judge:

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

### ISSUANCES

☑ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
☐ Citation to Discover Assets    (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

_3_ Original and _0_ copies on _07/15/08_ as to SPRINT NEXTEL CORP,
                                (Date)
KYOCERA WIRELESS CORP, KYOCERA SANYO TELECOM.

C:\wpwin80\docket\feeinfo.frm    03/14/05