IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., | ) |
| Plaintiff, | ) Civil Action No. 08 C 1350 |
| v. | ) Judge Holderman |
| | ) Magistrate Judge Denlow |
| MOTOROLA, INC., | ) |
| LG ELECTRONICS, INC., | ) JURY TRIAL DEMANDED |
| SANYO ELECTRIC CO. LTD., | ) |
| KYOCERA SANYO TELECOM, INC., | ) |
| KYOCERA WIRELESS CORP., and | ) |
| SPRINT NEXTEL CORP. | ) |
| Defendants. | ) |

## AGREED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiff Intellect Wireless, Inc. ("Intellect Wireless" or "Plaintiff") pursuant to Fed.R.Civ.P. 15(a), requests leave of Court to file a Second Amended Complaint which substitutes the correct party-defendant for the Sprint entity. Counsel for Sprint contacted Plaintiffs and advised that the correct party is Sprint Spectrum LP a Delaware limited partnership not Sprint Nextel Corporation a Kansas corporation as named in the First Amended Complaint. The Second Amended Complaint (attached hereto as Exhibit A) reflects this substitution for the correct Sprint entity and does not add any new defendants, patents or claims for relief. Counsel for Sprint has reviewed this motion and the Second Amended Complaint and has agreed to them.

For the foregoing reasons, Plaintiff Intellect Wireless respectfully requests leave to file a Second Amended Complaint.

Respectfully submitted,

/s/ David J. Mahalek
Paul K. Vickrey
Paul C. Gibbons
David J. Mahalek
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Tel:   (312) 236-0733
Fax:  (312) 236-3137

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2008, I electronically filed the foregoing **AGREED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for Defendants.

      Henry C. Bunsow
Jonathan E. Retsky (retskyj@howrey.com)
Thomas W. Jenkins, Jr. (Jenkinst@howrey.com)
Nathan A. Frederick
HOWREY LLP
321 N. Clark Street, Suite 3400
Chicago, IL  60610
Tel:   (312) 846-5648
Fax:  (312) 264-0380
**Attorneys for Motorola, Inc.**

Timothy J. Vezeau
(timothy.vezeau@kattenlaw.com)
Breighanne A. Eggert
breighanne.eggert@kattenlaw.com
Michael A. Dorfman
Michael.dorfman@kattenlaw.com
Katten Muchen Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661
Tel:   (312) 902-5200
Fax:  (312) 902-1061
**Attorneys for Sanyo Electric Co, Ltd.**

Christopher W. Carmichael
Christopher.carmichael@hklaw.com
Christopher J. Murdoch
Chris.murdoch@hklaw.com
Holland & Knight, LLP
131 S. Dearborn Street
30th Floor
Chicago, IL  60603
Tel:   (312) 578-6641
Fax:  (312) 578-6666

        Andrew C. Sonu
Lei Mei
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
11955 Freedom Drive, Suite 800
Reston, VA  20190
Tel:   (571) 203-2700


        /s/ David J. Mahalek

4