U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| INTELLECT WIRELESS, INC. v. MOTOROLA, INC., et al. | 08 C 1350 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT KYOCERA SANYO TELECOM, INC.; and
DEFENDANT KYOCERA WIRELESS CORP.

| | |
|---|---|
| NAME (Type or print) | |
| M. Andrew Woodmansee | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ M. Andrew Woodmansee | |
| FIRM | |
| Morrison & Foerster LLP | |
| STREET ADDRESS | |
| 12531 High Bluff Dr., Suite 100 | |
| CITY/STATE/ZIP | |
| San Diego, CA  92130 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6244149 | 858-720-5100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |