IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLECT WIRELESS, INC.<br><br>                 Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., LG ELECTRONICS, INC., SANYO ELECTRIC CO. LTD., KYOCERA SANYO TELECOM, INC., KYOCERA WIRELESS CORP., and SPRINT NEXTEL CORPORATION,<br><br>                 Defendants. | Civil Action No. 08 C 1350<br><br>Judge Holderman<br><br>Magistrate Judge Denlow<br><br>JURY TRIAL DEMANDED |

**DEFENDANT KYOCERA WIRELESS CORP.'S
NOTIFICATION AS TO AFFILIATES AND RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Kyocera Wireless Corp., by and through its undersigned attorneys, states as follows:

      1.     The parent corporation of Defendant Kyocera Wireless Corp. is Kyocera International, Inc.

      2.     Defendant Kyocera Wireless Corp. is a wholly-owned subsidiary of Kyocera International, Inc.  No other entity owns more than 5% of the stock of Defendant Kyocera Wireless Corp.

      3.     The parent corporation of Kyocera International, Inc. is Kyocera Corporation, a publicly-traded Japanese entity.

| | |
|---|---|
| Dated: August 28, 2008 | By:     /s/ Daniel J. O'Connor     |

        David C. Doyle (CA Bar No. 70690)
(pro hac admission pending)
DDoyle@mofo.com
M. Andrew Woodmansee (CA Bar No. 201780; IL Bar No.6244149)
MAWoodmansee@mofo.com
Greg Reilly (CA Bar No. 250232)
(pro hac admission pending)
GReilly@mofo.com
Philip A. Morin (CA Bar No. 256864)
(pro hac admission pending)
PMorin@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720 5100
Facsimile: 858.720.5125

Daniel J. O'Connor
(IL Bar No. 2086271)
Daniel.J.O'Connor@bakernet.com
BAKER & MCKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, IL  60601
Telephone: 312.861.8000
Facsimile: 312.861.2899

Attorneys for Defendant
KYOCERA WIRELESS CORP.