IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLECT WIRELESS, INC. <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., LG ELECTRONICS, INC., SANYO ELECTRIC CO. LTD., KYOCERA SANYO TELECOM, INC., KYOCERA WIRELESS CORP., and SPRINT NEXTEL CORPORATION, <br><br> Defendants. | Civil Action No. 08 C 1350 <br><br> Judge Holderman <br><br> Magistrate Judge Denlow <br><br> JURY TRIAL DEMANDED |

**DEFENDANT KYOCERA SANYO TELECOM, INC.'S
NOTIFICATION AS TO AFFILIATES AND RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Kyocera Sanyo Telecom, Inc., by and through its undersigned attorneys, states as follows:

1.  The parent corporation of Defendant Kyocera Sanyo Telecom, Inc. is Kyocera International, Inc.

2.  Defendant Kyocera Sanyo Telecom, Inc. is a wholly-owned subsidiary of Kyocera International, Inc.  No other entity owns more than 5% of the stock of Defendant Kyocera Sanyo Telecom, Inc.

3.  The parent corporation of Kyocera International, Inc. is Kyocera Corporation, a publicly-traded Japanese entity.

Dated: August 28, 2008 By:  /s/ Daniel J. O'Connor

    David C. Doyle (CA Bar No. 70690)
(pro hac admission pending)
DDoyle@mofo.com
M. Andrew Woodmansee (CA Bar No. 201780; IL Bar No.6244149)
MAWoodmansee@mofo.com
Greg Reilly (CA Bar No. 250232)
(pro hac admission pending)
GReilly@mofo.com
Philip A. Morin (CA Bar No. 256864)
(pro hac admission pending)
PMorin@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720 5100
Facsimile: 858.720.5125

Daniel J. O'Connor
(IL Bar No. 2086271)
Daniel.J.O'Connor@bakernet.com
BAKER & MCKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, IL  60601
Telephone: 312.861.8000
Facsimile: 312.861.2899

Attorneys for Defendant
KYOCERA SANYO TELECOM, INC.

sd-439637