IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC.,       )<br>                                                     )<br>         Plaintiff,                           )<br>                                                     )<br>v.                                                 )<br>                                                     )<br>MOTOROLA, INC.,                    )<br>LG ELECTRONICS, INC.,          )<br>SANYO ELECTRIC CO. LTD.,   )<br>KYOCERA SANYO TELECOM, INC.,  )<br>KYOCERA WIRELESS CORP.,   )<br>SPRINT SPECTRUM L.P.          )<br>                                                     )<br>         Defendants.                     )  | Case No.  1:08-cv-01350<br><br>Judge Holderman<br><br>Magistrate Judge Denlow<br><br><br>JURY TRIAL DEMANDED |

---

**SPRINT SPECTRUM L.P.'s**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a) and Local Rule 3.2 of the Northern District of Illinois, Defendant Sprint Spectrum L.P. ("Sprint") makes the following corporate disclosure statement:

1. Sprint Spectrum L.P. is a wholly-owned indirect subsidiary of Sprint Nextel Corporation.

2. Sprint Nextel Corporation is a publicly held corporation.

3. No publicly held corporation owns 5% or more of Sprint Nextel Corporation's stock.

Dated: August 29, 2008                    Respectfully submitted,

/s/ Steven Yovits
Steven Yovits (IL Bar: 6257262)
Scott Sherwin (IL Bar: 6293788)
HOWREY LLP
321 N. Clark Street, Suite 3400
Chicago, Illinois 60610
Phone: (312) 846-5630
Fax: (312) 595-2250
*Attorneys for Defendant, Sprint Nextel, Corp.*

# **CERTIFICATE OF SERVICE**

Copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served. Specifically, the undersigned hereby certifies that a copy of SPRINT SPECTRUM L.P.'s CORPORATE DISCLOSURE STATEMENT was served on the below listed counsel of record by CM/ECF on August 29, 2008:

Paul K. Vickrey
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: vickrey@nshn.com
LEAD ATTORNEY

Raymond P. Niro
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: rniro@nshn.com
LEAD ATTORNEY

David Joseph Mahalek
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: mahalek@nshn.com

Paul Christopher Gibbons
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: gibbons@nshn.com

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

415 848 4946

Jason C. White
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60654-2402
(312) 321-4200
Email: whitej@howrey.com

Jonathan E. Retsky
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60654-2402
(312) 846-5648
Email: retskyj@howrey.com

Nathan A. Frederick
Howrey LLP
321 N. Clark Street
Suite 3400
Chicago, IL 60610
312-846-5684

Thomas W Jenkins
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
(312) 595-1239
Email: jenkinst@howrey.com

Andrew Chanho Sonu
Finnegan, Henderson, Farabow, Garrett & Dunner
11955 Freedom Drive
8th Floor
Reston, VA 20190
(571) 203-2765

Christopher W Carmichael
Holland & Knight LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

Fax: (312) 578-6666
Email: christopher.carmichael@hklaw.com

Christopher James Murdoch
Holland & Knight LLC
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: chris.murdoch@hklaw.com

Mei Lei
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, NW
Washington, DC 20001
202-408-4163

Frank A. DeCosta III, Ph.D.
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, NW
Washington, DC 20001-4413
202.408.4000

Greg Reilly
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, California 92130
(858) 314-7651
greilly@mofo.com

Breighanne Aileen Eggert
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
312 902 5391
Email: breighanne.eggert@kattenlaw.com

Michael Adam Dorfman
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
Fax: 312-902-1061
Email: Michael.Dorfman@kattenlaw.com

Timothy J. Vezeau
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
Email: timothy.vezeau@kattenlaw.com

                                                /s/ Scott Sherwin
                                                Scott Sherwin