**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of: | Case Number: 1:2008-cv-01350 |
| INTELLECT WIRELESS, INC., | |
| v. | |
| MOTOROLA, INC., LG ELECTRONICS, INC., SANYO ELECTRIC CO., KYOCERA SANYO TELECOM, INC., KYOCERA WIRELESS CORP., AND SPRINT SPECTRUM L.P. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SPRINT SPECTRUM L.P.

| |
|---|
| NAME (Type or print) <br> Scott Sherwin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Scott Sherwin |
| FIRM   Howrey LLP |
| STREET ADDRESS   321 N. Clark St., Suite 3400 |
| CITY/STATE/ZIP:  Chicago, Illinois 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6293788 | TELEPHONE NUMBER   312.846.5643 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL            APPOINTED COUNSEL |

**CERTIFICATE OF SERVICE**

Copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served. Specifically, the undersigned hereby certifies that a copy of the ATTORNEY APPEARANCE FORM was served on the below listed counsel of record by CM/ECF on August 29, 2008:

Paul K. Vickrey
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: vickrey@nshn.com
LEAD ATTORNEY

Raymond P. Niro
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: rniro@nshn.com
LEAD ATTORNEY

David Joseph Mahalek
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: mahalek@nshn.com

Paul Christopher Gibbons
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: gibbons@nshn.com

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

415 848 4946

Jason C. White
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60654-2402
(312) 321-4200
Email: whitej@howrey.com

Jonathan E. Retsky
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60654-2402
(312) 846-5648
Email: retskyj@howrey.com

Nathan A. Frederick
Howrey LLP
321 N. Clark Street
Suite 3400
Chicago, IL 60610
312-846-5684

Thomas W Jenkins
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
(312) 595-1239
Email: jenkinst@howrey.com

Andrew Chanho Sonu
Finnegan, Henderson, Farabow, Garrett & Dunner
11955 Freedom Drive
8th Floor
Reston, VA 20190
(571) 203-2765

Christopher W Carmichael
Holland & Knight LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

Fax: (312) 578-6666
Email: christopher.carmichael@hklaw.com

Christopher James Murdoch
Holland & Knight LLC
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: chris.murdoch@hklaw.com

Mei Lei
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, NW
Washington, DC 20001
202-408-4163

Frank A. DeCosta III, Ph.D.
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, NW
Washington, DC 20001-4413
202.408.4000
frank.decosta@finnegan.com

Greg Reilly
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, California 92130
(858) 314-7651
greilly@mofo.com

Breighanne Aileen Eggert
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
312 902 5391
Email: breighanne.eggert@kattenlaw.com

Michael Adam Dorfman
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
Fax: 312-902-1061
Email: Michael.Dorfman@kattenlaw.com

4

Timothy J. Vezeau
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
Email: timothy.vezeau@kattenlaw.com

Case No. 1:08-cv-01350

/s/ Scott Sherwin
Scott Sherwin