IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLECT WIRELESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-CV-1350 |
| | ) |
| | ) Judge James F. Holderman |
| MOTOROLA, INC., LG ELECTRONICS, | ) Magistrate Judge Morton Denlow |
| INC., SANYO ELECTRIC CO. LTD., | ) |
| KYOCERA SANYO TELECOM, INC., | ) |
| KYOCERA WIRELESS CORP., and SPRINT | ) |
| NEXTEL CORPORATION | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT SANYO ELECTRIC CO., LTD.'S MOTION TO DISMISS**

Defendant Sanyo Electric Co., Ltd. ("Sanyo Electric") moves to dismiss the First Amended Complaint of Intellect Wireless, Inc. ("Plaintiff") for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), and for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of its Motion, Sanyo Electric has filed a supporting memorandum of law contemporaneously herewith.

Respectfully submitted,

Dated: August 29, 2008

BY: /s/ Michael A. Dorfman
Timothy J. Vezeau (IL Bar No. 34268)
Michael A. Dorfman (IL Bar No. 6255860)
Breighanne A. Eggert (IL Bar No. 6289475)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Tel: 312.902.5200
Fax: 312.902.1061