# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTELLECT WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MOTOROLA, INC., )<br>LG ELECTRONICS, INC., and )<br>SANYO ELECTRIC CO. LTD. )<br>)<br>Defendants. ) | Civil Action No. 08-CV-1350<br><br>Judge James F. Holderman<br>Magistrate Judge Morton Denlow |

## DECLARATION OF KOICHI KITAYAMA

I, Koichi Kitayama, do hereby declare:

1. I live in the Kansai region of Japan, near Osaka. I have personal knowledge of the matters set forth within my declaration and could competently testify thereto if called to do so.

2. I am employed by Sanyo Electric Co., Ltd. ("Sanyo Electric") as a Senior Manager, Intellectual Property Headquarters.

3. Sanyo Electric is a Japanese corporation having its headquarters in Osaka, Japan.

4. Sanyo Electric does not have any facilities or offices in Illinois, is not registered to do business in Illinois, has no permanent agent or representative in Illinois for the purpose of transacting business, has no employees in Illinois, maintains no bank accounts in Illinois and has owned to no real property in Illinois. Sanyo Electric also does not engage in sales activities with Illinois citizens.

5. Sanyo Electric does not currently, and has not in the past, made, used, sold, offered for sale and/or imported wireless portable communication devices, including, but not

limited to, wireless portable communication devices that receive and display caller ID information, non-facsimile pictures, video messages and/or Multimedia Messaging Service, in Illinois or anywhere else in the United States.

6. Any wireless portable communication devices, including, but not limited to, wireless portable communication devices that receive and display caller ID information, non-facsimile pictures, video messages and/or Multimedia Messaging Service, that Plaintiff may contend infringe U.S. Patent Nos. 7,266,186 and 7,310,416 (the "Accused Devices") were manufactured exclusively in plants located in China and Malaysia.

7. In addition, Sanyo Electric never had control over where and how the Accused Devices were distributed within the United States, including Illinois.

8. Furthermore, after April 1, 2008, and due to the sale of its mobile phone business, Sanyo Electric completely discontinued the manufacture, sale and/or offer for sale of any wireless portable communication devices, including, but not limited to, wireless portable communication devices that receive and display caller ID information, non-facsimile pictures, video messages and/or Multimedia Messaging Service.

9. The website located at http://www.sanyo.co.jp does not offer for sale any products or services, but instead only provides information about Sanyo Electric generally and some of its products. Information regarding the Accused Devices is not available on the website located at http://www.sanyo.co.jp.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 29, 2008

_____
Koichi Kitayama