## CERTIFICATE OF SERVICE

The undersigned, an attorney of record in this case, hereby certifies that a copy of the foregoing **DEFENDANT SANYO ELECTRIC CO., LTD.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS** has been served by ECF notification, this 29th day of August, 2008 upon the attorneys, addressed as follows:

| | |
|---|---|
| Raymond P. Niro<br>Paul K. Vickrey<br>David J. Mahalek<br>Paul C. Gibbons<br>**Niro, Scavone, Haller & Niro**<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois 60602<br>rniro@nshn.com<br>vickrey@nshn.com<br>mahalek@nshn.com<br>gibbons@nshn.com | Christopher W. Carmichael<br>Christopher J. Murdoch<br>**Holland & Knight LLP**<br>131 South Dearborn Street, 30th Floor<br>Chicago, Illinois 60603<br>christopher.carmichael@hklaw.com<br>chris.murdoch@hklaw.com |
| Thomas W. Jenkins<br>Jonathan E. Retsky<br>Jason C. White<br>**Howrey LLP**<br>321 N. Clark Street, Suite 3400<br>Chicago, Illinois 60654<br>jenkinst@howrey.com<br>retskyj@howrey.com<br>whitej@howrey.com | Daniel J. O'Connor<br>**Baker & McKenzie LLP**<br>One Prudential Plaza<br>130 East Randolph Drive, Suite 3500<br>Chicago, Illinois 60601<br>daniel.j.o'connor@bakernet.com |
| Frank A. DeCosta III, Ph.D.<br>**Finnegan, Henderson, Farabow, Garrett & Dunner**<br>901 New York Avenue, NW<br>Washington, D.C. 20001<br>frank.decosta@finnegan.com | Greg Reilly<br>**Morrison & Foerster**<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130<br>greilly@mofo.com |

And by U.S. Mail to:

| Henry C. Bunsow<br>**Howrey LLP**<br>525 Market Street, Suite 3600<br>San Francisco, CA  94105 | Nathan A. Frederick<br>**Howrey LLP**<br>321 N. Clark Street, Suite 3400<br>Chicago, Illinois 60610 |
|---|---|
| Mei Lei<br>**Finnegan, Henderson, Farabow, Garrett & Dunner**<br>901 New York Avenue, NW<br>Washington, D.C. 20001 | Andre C. Sonu<br>**Finnegan, Henderson, Farabow, Garrett & Dunner**<br>11955 Freedom Drive, 8th Floor<br>Reston, Virginia  20190 |

August 29, 2008

/s/ Michael A. Dorfman  
Michael A. Dorfman