## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-CV-1350 |
| | ) | |
| | ) | Judge James F. Holderman |
| MOTOROLA, INC., LG ELECTRONICS, | ) | Magistrate Judge Morton Denlow |
| INC., SANYO ELECTRIC CO. LTD., | ) | |
| KYOCERA SANYO TELECOM, INC., | ) | |
| KYOCERA WIRELESS CORP., and SPRINT | ) | |
| NEXTEL CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT SANYO ELECTRIC CO., LTD.'S NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable James F. Holderman on September 4, 2008 at 9:00 a.m. in Courtroom 2541 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any judge sitting in his place and stead to present Defendant Sanyo Electric Co., Ltd.'s Motion to Dismiss, copies of which have been served upon you.

Respectfully submitted,

By: /s/ Michael A. Dorfman_____

Dated: August 29, 2008

Timothy J. Vezeau (IL Bar No. 34268)
Michael A. Dorfman (IL Bar No. 6255860)
Breighanne A. Eggert (IL Bar No. 6289475)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Tel: 312.902.5200
Fax: 312.902.8190