**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-CV-1350 |
| | ) | |
| | ) | Judge James F. Holderman |
| MOTOROLA, INC., LG ELECTRONICS, | ) | Magistrate Judge Morton Denlow |
| INC., SANYO ELECTRIC CO. LTD., | ) | |
| KYOCERA SANYO TELECOM, INC., | ) | |
| KYOCERA WIRELESS CORP., and SPRINT | ) | |
| NEXTEL CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

**SANYO ELECTRIC CO., LTD.'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Sanyo Electric Co.,

Ltd. ("Sanyo Electric"), by and through counsel, states that:

1.      Sanyo Electric has no parent corporation; and

2.      There are no publicly held corporations owning 10% or more of Sanyo Electric's

stock.

Dated:  August 29, 2008                         Respectfully submitted,

                                                BY: /s/ Michael A. Dorfman_____
                                                Timothy J. Vezeau (IL Bar No. 34268)
                                                Michael A. Dorfman (IL Bar No. 6255860)
                                                Breighanne A. Eggert (IL Bar No. 6289475)
                                                KATTEN MUCHIN ROSENMAN LLP
                                                525 W. Monroe Street
                                                Chicago, IL 60661-3693
                                                Tel:  312.902.5200
                                                Fax:  312.902.1061


                                                Attorneys for Sanyo Electric Co., Ltd.