## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC., | ) | |
|     Plaintiff, | ) ) | |
|     v. | ) | CASE NO. 08 C 1350 |
| | ) ) | Judge: Holderman |
| MOTOROLA, INC., | ) | Magistrate Judge: Denlow |
| LG ELECTRONICS, INC., | ) | JURY TRIAL DEMANDED |
| SANYO ELECTRIC CO. LTD., | ) | |
| KYOCERA SANYO TELECOM, INC., | ) | |
| KYOCERA WIRELESS CORP., and | ) | |
| SPRINT NEXTEL CORPORATION | ) | |
| | ) ) | |
|     Defendants. | ) ) | |

### AGREED MOTION TO EXTEND TIME
### FOR DEFENDANT MOTOROLA, INC. TO RESPOND
### TO INTELLECT WIRELESS, INC.'S  FIRST AMENDED COMPLAINT

Defendant Motorola, Inc. ("Motorola"), by and through its attorneys, Howrey

LLP, and pursuant to Federal Rules of Civil Procedure 6(b)(1), respectfully requests an

extension of time to respond to Intellect Wireless Inc.'s ("Plaintiff") First Amended

Complaint.  In support of its Motion, Motorola states as follows:

1.      On June 30, 2008, Plaintiff filed its Motion For Leave To File An

Amended Complaint.

2.      On July 10, 2008, Plaintiff's Motion For Leave To File An Amended

Complaint was granted and Plaintiff's First Amended Complaint was entered.

3.      The Court previously set August 29, 2008 and the deadline for Motorola,

and the other named defendants, to respond to the First Amended Complaint.

DM_US:21432756_1

4.      On August 21, 2008, Plaintiff filed a Motion for Leave to File a Second Amended Complaint.  That motion is presently pending and is currently set for presentment on September 4, 2008.  Plaintiff's Second Amended Complaint has not been entered by the Court.

5.      Counsel for Plaintiff has agreed to extend the deadline for Motorola to respond to the First Amended Complaint for 14-days, giving Motorola until September 12, 2008 to respond to the First Amended Complaint.

6.      Motorola's agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Motorola's right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Motorola requests that the Court enter an order extending its time for responding to Plaintiff's First Amended Complaint to September 12, 2008.

Dated:  August 29, 2008                          Respectfully submitted,


                                                 /s/ Jason C. White
                                                 Jonathan E. Retsky
                                                 Illinois Bar No. 6201846
                                                 Jason C. White
                                                 Illinois Bar No. 6238352
                                                 Thomas W. Jenkins, Jr.
                                                 Illinois Bar No. 6272465
                                                 Nathan A. Frederick
                                                 Minnesota Bar No. 336427 (Admitted only
                                                 in Minnesota.  Not admitted in Illinois)
                                                 HOWREY LLP
                                                 321 N. Clark Street; Suite 3400
                                                 Chicago, Illinois 60654
                                                 Phone:  (312) 846-5648
                                                 Fax: (312) 264-0380

Henry C. Bunsow (*pro hac vice*)
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94105-2708
Phone: (415) 848-4946
Fax: (415) 848-4999

***Attorneys for Defendant, Motorola, Inc.***

DM_US:21432756_1

## CERTIFICATE OF SERVICE

I, Jason C. White, hereby certify that I caused a copy of the foregoing, **AGREED MOTION TO EXTEND TIME FOR DEFENDANT MOTOROLA, INC. TO RESPOND TO INTELLECT WIRELESS, INC.'S FIRST AMENDED COMPLAINT,** to be served by electronic filing using the CM/ECF system upon all counsel of record registered to receive such service.

Dated:  August 29, 2008

                                                    /s/ Jason C. White_____

                                                    Jason C. White

DM_US:21432596_1

DM_US:21432756_1