| | |
|---|---|
| INTELLECT WIRELESS, INC.,       ) <br>        ) <br>    Plaintiff,       ) <br>        ) <br>    v.       ) <br>        ) <br>        ) <br> MOTOROLA, INC.,       ) <br> LG ELECTRONICS, INC.,       ) <br> SANYO ELECTRIC CO. LTD.,       ) <br> KYOCERA SANYO TELECOM, INC.,       ) <br> KYOCERA WIRELESS CORP., and       ) <br> SPRINT NEXTEL CORPORATION       ) <br>        ) <br>    Defendants.       ) <br>        ) | CASE NO. 08 C 1350 <br><br> Judge: Holderman <br><br> Magistrate Judge: Denlow <br><br> JURY TRIAL DEMANDED |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Tuesday, September 9 at 9:00 a.m., counsel for Motorola, Inc. will appear before the Honorable James F. Holderman or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 2541, at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present **AGREED MOTION TO EXTEND TIME FOR DEFENDANT MOTOROLA, INC. TO RESPOND TO INTELLECT WIRELESS, INC.'S FIRST AMENDED COMPLAINT,** a copy of which is hereby attached.

Dated: August 29, 2008                                       Respectfully submitted,

                                                                            /s/ Jason C. White
                                                                            Jonathan E. Retsky
                                                                            Illinois Bar No. 6201846
                                                                            Jason C. White
                                                                             Illinois Bar No. 6238352
                                                                            Thomas W. Jenkins, Jr.
                                                                            Illinois Bar No. 6272465
                                                                            Nathan A. Frederick
                                                                            Minnesota Bar No. 336427 (Admitted only
                                                                            in Minnesota.  Not admitted in Illinois)
                                                                            HOWREY LLP
                                                                            321 N. Clark Street; Suite 3400
                                                                            Chicago, Illinois 60654
                                                                            Phone:  (312) 846-5648
                                                                            Fax: (312) 264-0380

Henry C. Bunsow (*pro hac vice*)
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94105-2708
Phone: (415) 848-4946
Fax: (415) 848-4999

***Attorneys for Defendant, Motorola, Inc.***

## CERTIFICATE OF SERVICE

I, Jason C. White, hereby certify that I caused a copy of the foregoing, **AGREED MOTION TO EXTEND TIME FOR DEFENDANT MOTOROLA, INC. TO RESPOND TO INTELLECT WIRELESS, INC.'S FIRST AMENDED COMPLAINT,** to be served by electronic filing using the CM/ECF system upon all counsel of record registered to receive such service.

Dated:  August 29, 2008

/s/ Jason C. White
Jason C. White