## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Intellect Wireless, Inc.
       Plaintiff,

v.              Case No.: 1:08−cv−01350
              Honorable James F. Holderman

Motorola, Inc., et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

  MINUTE entry before the Honorable James F. Holderman: The Applications of Frank A. De Costa, III, Gregory W. Reilly, Philip A. Morin and David Doyle to appear pro hac vice on behalf of Kyocera Wireless Corp. and Kyocera Sanyo Telecom, Inc. [49] [56] [57] [59] are granted. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.