**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of: | Case Number: 1:2008-cv-01350 |
| INTELLECT WIRELESS, INC., | |
| v. | |
| MOTOROLA, INC., LG ELECTRONICS, INC., SANYO ELECTRIC CO., KYOCERA SANYO TELECOM, INC., KYOCERA WIRELESS CORP., AND SPRINT SPECTRUM L.P. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SPRINT SPECTRUM L.P.

---

NAME (Type or print)
John E. Dubiansky

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ John E. Dubiansky

FIRM   Howrey LLP

STREET ADDRESS   1299 Pennsylvania Ave NW

CITY/STATE/ZIP:   Washington, DC 20004

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER   202.383.6710 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL