## CERTIFICATE OF SERVICE

Copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served. Specifically, the undersigned hereby certifies that a copy of the ATTORNEY APPEARANCE FORM was served on the below listed counsel of record by CM/ECF on September 4, 2008:

Paul K. Vickrey
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: vickrey@nshn.com

Raymond P. Niro
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: rniro@nshn.com

David Joseph Mahalek
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: mahalek@nshn.com

Paul Christopher Gibbons
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: gibbons@nshn.com

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105
415 848 4946

DM_US:21387008_1

Jason C. White
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60654-2402
(312) 321-4200
Email: whitej@howrey.com

Jonathan E. Retsky
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60654-2402
(312) 846-5648
Email: retskyj@howrey.com

Nathan A. Frederick
Howrey LLP
321 N. Clark Street
Suite 3400
Chicago, IL 60610
312-846-5684

Thomas W Jenkins
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
(312) 595-1239
Email: jenkinst@howrey.com

Andrew Chanho Sonu
Finnegan, Henderson, Farabow, Garrett & Dunner
11955 Freedom Drive
8th Floor
Reston, VA 20190
(571) 203-2765

Christopher W Carmichael
Holland & Knight LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Fax: (312) 578-6666
Email: christopher.carmichael@hklaw.com

Christopher James Murdoch
Holland & Knight LLC
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: chris.murdoch@hklaw.com

Mei Lei
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, NW
Washington, DC 20001
202-408-4163

Breighanne Aileen Eggert
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
312 902 5391
Email: breighanne.eggert@kattenlaw.com

Michael Adam Dorfman
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
Fax: 312-902-1061
Email: Michael.Dorfman@kattenlaw.com

Timothy J. Vezeau
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
Email: timothy.vezeau@kattenlaw.com

Daniel J. O'Connor
Baker & McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago , IL 60601
(312) 861-8000
Email: daniel.j.o'connor@bakernet.com

David C Doyle
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego , CA 92130
858-720-4139
Email: ddoyle@mofo.com

Frank A. DeCosta III, Ph.D.
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, NW
Washington, DC 20001-4413
202.408.4000
frank.decosta@finnegan.com

Greg Reilly
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, California 92130
(858) 314-7651
greilly@mofo.com

Philip A. Morin
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego , CA 92130
(858) 720-5171
Email: pmorin@mofo.com

Case No. 1:08-cv-01350

/s/ Scott Sherwin
Scott Sherwin