**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                         Case Number:        1:2008-cv-01350
  INTELLECT WIRELESS, INC.,

v.

MOTOROLA, INC., LG ELECTRONICS, INC.,
SANYO ELECTRIC CO., KYOCERA SANYO TELECOM, INC.,
KYOCERA WIRELESS CORP., AND SPRINT SPECTRUM L.P.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SPRINT SPECTRUM L.P.

| |
|---|
| NAME (Type or print)<br>Chad Peterson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Chad Peterson |
| FIRM   Howrey LLP |
| STREET ADDRESS   1299 Pennsylvania Ave NW |
| CITY/STATE/ZIP: Washington, DC 20004 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  202.383.6915 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br> RETAINED COUNSEL                     APPOINTED COUNSEL |