UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois — CM/ECF LIVE, Ver 3.2.2
Eastern Division

Intellect Wireless, Inc.
                    Plaintiff,

v.                                Case No.: 1:08−cv−01350
                                                Honorable James F. Holderman

Motorola, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable James F. Holderman: Plaintiff Intellect Wireless, Inc.'s agreed motion for Leave to File A Second Amended Complaint [46] is granted. Defendant Sanyo Electric Co. Ltd.'s motion to dismiss [65] is moot. Defendant Motorola, Inc.'s agreed motion for extension of time to file response to Intellect Wireless, Inc.'s First Amended Complaint [72] is moot. Status hearing date of 9/16/2008 is reset for 9/11/2008 at 9:00 AM to set further dates. Parties need not file Form 35 on 9/8/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.