U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| INTELLECT WIRELESS, INC.<br>v.<br>MOTOROLA, INC., et al. | 08 C 1350 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT KYOCERA SANYO TELECOM, INC.; and
DEFENDANT KYOCERA WIRELESS CORP.

| NAME (Type or print) |
|---|
| M. Andrew Woodmansee |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ M. Andrew Woodmansee |

| FIRM |
|---|
| Morrison & Foerster LLP |

| STREET ADDRESS |
|---|
| 12531 High Bluff Dr., Suite 100 |

| CITY/STATE/ZIP |
|---|
| San Diego, CA 92130 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6244149 | 858-720-5100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐