**CERTIFICATE OF SERVICE**

    Copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served. Specifically, the undersigned hereby certifies that a copy of the ATTORNEY APPEARANCE FORM was served on the below listed counsel of record by CM/ECF on September 9, 2008:

Paul K. Vickrey
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: vickrey@nshn.com

Raymond P. Niro
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: rniro@nshn.com

David Joseph Mahalek
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: mahalek@nshn.com

Paul Christopher Gibbons
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Email: gibbons@nshn.com

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105
415 848 4946

Jason C. White
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60654-2402
(312) 321-4200
Email: whitej@howrey.com

Jonathan E. Retsky
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60654-2402
(312) 846-5648
Email: retskyj@howrey.com

Nathan A. Frederick
Howrey LLP
321 N. Clark Street
Suite 3400
Chicago, IL 60610
312-846-5684

Thomas W Jenkins
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
(312) 595-1239
Email: jenkinst@howrey.com

Andrew Chanho Sonu
Finnegan, Henderson, Farabow, Garrett & Dunner
11955 Freedom Drive
8th Floor
Reston, VA 20190
(571) 203-2765

Christopher W Carmichael
Holland & Knight LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Fax: (312) 578-6666
Email: christopher.carmichael@hklaw.com

Christopher James Murdoch
Holland & Knight LLC
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: chris.murdoch@hklaw.com

Mei Lei
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, NW
Washington, DC 20001
202-408-4163

Breighanne Aileen Eggert
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
312 902 5391
Email: breighanne.eggert@kattenlaw.com

Michael Adam Dorfman
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
Fax: 312-902-1061
Email: Michael.Dorfman@kattenlaw.com

Timothy J. Vezeau
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
Email: timothy.vezeau@kattenlaw.com

Daniel J. O'Connor
Baker & McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago , IL 60601
(312) 861-8000
Email: daniel.j.o'connor@bakernet.com

David C Doyle
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego , CA 92130
858-720-4139
Email: ddoyle@mofo.com

Frank A. DeCosta III, Ph.D.
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, NW
Washington, DC 20001-4413
202.408.4000
frank.decosta@finnegan.com

Greg Reilly
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, California 92130
(858) 314-7651
greilly@mofo.com

Philip A. Morin
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego , CA 92130
(858) 720-5171
Email: pmorin@mofo.com

Case No. 1:08-cv-01350

        /s/ Scott Sherwin
        Scott Sherwin