IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 C 1350 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| | ) | Magistrate Judge Denlow |
| MOTOROLA, INC., | ) | |
| LG ELECTRONICS, INC., | ) | JURY TRIAL DEMANDED |
| SANYO ELECTRIC CO. LTD., | ) | |
| KYOCERA SANYO TELECOM, INC., | ) | |
| KYOCERA WIRELESS CORP., and | ) | |
| SPRINT NEXTEL CORP. | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO DISMISS SANYO ELECTRIC CO. LTD.
AND FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**

Plaintiff Intellect Wireless, Inc. ("Intellect Wireless" or "Plaintiff") and Sanyo Electric Co. Ltd. ("Sanyo Electric") pursuant to Fed.R.Civ.P. 41(a)(1) have agreed to voluntarily dismiss, without prejudice, all claims made against Sanyo Electric. Counsel for Sanyo Electric has represented that Sanyo North America Corporation is the correct party-defendant, not Sanyo Electric. No rights or claims as to any other defendants are waived or dismissed. A proposed order dismissing Sanyo Electric is attached as Exhibit A.

In addition, pursuant to Fed.R.Civ.P. 15(a), Plaintiff requests leave of Court to file a Third Amended Complaint which substitutes the correct party-defendant for the Sanyo entity. As counsel for Sanyo Electric stated during the September 4, 2008 hearing, Sanyo North America Corporation is the entity that made, sold, offered for sale and imported into the United States Sanyo brand cellular telephones until it sold that

business segment on April 1, 2008. Accordingly, counsel for Sanyo has advised Plaintiff that the correct party is Sanyo North America Corporation, a Delaware corporation and not Sanyo Electric Co., Ltd.

Therefore, in addition to dismissing Sanyo Electric Co., Ltd. without prejudice, Plaintiff respectfully seeks leave to substitute the correct party, Sanyo North America Corporation. A copy of the Third Amended Complaint (attached hereto as Exhibit B) reflects this substitution for the correct Sanyo entity and does not add any new defendants, patents or claims for relief. Counsel for Sanyo Electric has reviewed this motion, the proposed order dismissing Sanyo Electric and the Third Amended Complaint substituting Sanyo North America and has agreed to them.

For the foregoing reasons, Intellect Wireless respectfully requests that the Court grants this Agreed Motion to Dismiss Sanyo Electric Co. Ltd and For Leave to File a Third Amended Complaint.

          Respectfully submitted,

          /s/ David J. Mahalek
          Paul K. Vickrey
          Paul C. Gibbons
          David J. Mahalek
          Niro, Scavone, Haller & Niro
          181 West Madison, Suite 4600
          Chicago, Illinois 60602
          Tel: (312) 236-0733
          Fax: (312) 236-3137

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9 2008, I electronically filed the foregoing **AGREED MOTION TO DISMISS SANYO ELECTRIC CO. LTD. AND FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for Defendants.

Henry C. Bunsow
Jonathan E. Retsky
(retskyj@howrey.com)
Thomas W. Jenkins, Jr.
(Jenkinst@howrey.com)
Nathan A. Frederick
Jason C. White
(whitej@howrey.com)
HOWREY LLP
321 N. Clark Street, Suite 3400
Chicago, IL  60610
Tel:   (312) 846-5648
Fax:  (312) 264-0380

***Attorneys for Motorola, Inc.***

M. Andrew Woodmansee
(mawoodmansee@mofo.com)
Gregory W. Reilly (greilly@mofo.com)
David C. Doyle (ddoyle@mofo.com)
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA  92130
Tel:  858-720-5100
Fax:  858-720-5125

Daniel J. O'Connor
(daniel.j.o'connor@bakernet.com)
Baker & McKenzie, LLP
130 East Randolph Drive
Suite 3100
Chicago, IL  60602
Tel:  312-861-2790
Fax:  312-861-2899

***Attorneys for Kyocera Sanyo Telecom, Inc. and Kyocera Wireless Corp.***

Timothy J. Vezeau
(timothy.vezeau@kattenlaw.com)
Breighanne A. Eggert
(breighanne.eggert@kattenlaw.com)
Michael A. Dorfman
(Michael.dorfman@kattenlaw.com)
Katten Muchen Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661
Tel:   (312) 902-5200
Fax:  (312) 902-1061

***Attorneys for Sanyo Electric Co, Ltd.***

Steven Yovits
(yovits@howrey.com)
Scott Sherwin
(Sherwin@howrey.com)
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL  60654
Tel:  312-595-1239
Fax:  312-595-2250

Chad Peterson (petersonc@howrey.com)
Thomas Dunham
(dunhamT@howrey.com)
John Dubiansky
(dubianskyj@howrey.com)
Alan Grimaldi (grimadlia@howrey.com)
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
Tel:  202-783-0800
Fax:  202-383-6610

***Attorneys for Sprint Spectrum, L.P.***

3

Christopher W. Carmichael
Christopher.carmichael@hklaw.com
Christopher J. Murdoch
Chris.murdoch@hklaw.com
Holland & Knight, LLP
131 S. Dearborn Street
30th Floor
Chicago, IL  60603
Tel:  (312) 578-6641
Fax:  (312) 578-6666

Andrew C. Sonu
Lei Mei
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
11955 Freedom Drive, Suite 800
Reston, VA  20190
Tel:  (571) 203-2700

Frank A. DeCosta, III
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue
Washington, DC  20001
Tel:  202-408-4000
Fax:  202-408-4400

***Attorneys for LG Electronics, Inc***.

              /s/ David J. Mahalek