# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 C 1350 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| | ) | Magistrate Judge Denlow |
| MOTOROLA, INC., | ) | |
| LG ELECTRONICS, INC., | ) | JURY TRIAL DEMANDED |
| SANYO ELECTRIC CO. LTD., | ) | |
| KYOCERA SANYO TELECOM, INC., | ) | |
| KYOCERA WIRELESS CORP., and | ) | |
| SPRINT NEXTEL CORP. | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This action comes before the Court on the Parties' Agreed Motion to Dismiss Sanyo Electric Co., Ltd. and For Leave to File a Third Amended Complaint. Based upon the statements in that motion and the stipulation and agreement of the Parties, the Court hereby orders as follows:

1. All claims that were made in this Civil Action by Intellect Wireless, Inc. against Sanyo Electric Co., Ltd. are hereby dismissed without prejudice.

2. Sanyo Electric Co., Ltd. has not answered the complaint or raised any defenses or brought any counterclaims.

3. All other claims of Intellect Wireless against the remaining defendants remain in place and are not in any way waived, discharged or compromised by the entry of this Order.

4. Each party to this Order shall bear its own costs and attorneys' fees.

SO ENTERED:

Dated: _____  _____
United States District Court Judge

AGREED TO:

/s/ David J. Mahalek  /s/ Michael Dorfman
Paul K. Vickrey  Timothy J. Vezeau
Paul C. Gibbons  Michael A. Dorfman
David J. Mahalek  Breighanne A. Eggert
Niro, Scavone, Haller & Niro  Katten Muchen Rosenman LLP
181 West Madison, Suite 4600  525 W. Monroe Street
Chicago, Illinois 60602  Chicago, IL  60661
Tel:  (312) 236-0733  Tel:  (312) 902-5200
Fax:  (312) 236-3137  Fax:  (312) 902-1061

**Attorneys for Intellect Wireless, Inc.**  **Attorneys for Sanyo Electric Co., Ltd.**