IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 C 1350 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| | ) | Magistrate Judge Denlow |
| MOTOROLA, INC., | ) | |
| LG ELECTRONICS, INC., and | ) | JURY TRIAL DEMANDED |
| SANYO ELECTRIC CO. LTD., | ) | |
| KYOCERA SANYO TELEOCOM, INC., | ) | |
| KYOCERA WIRELESS CORP., and | ) | |
| SPRINT SPECTRUM L.P., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, September 11, 2008, at 9:00 a.m.,** counsel for Intellect Wireless will appear before the Honorable James F. Holderman or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 2541, at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present **AGREED MOTION TO DISMISS SANYO ELECTRIC CO. LTD. AND FOR LEAVE TO THIRD AMENDED COMPLAINT,** a copy of which is hereby attached.

Respectfully submitted,

/s/ David J. Mahalek
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733

Attorneys for Intellect Wireless, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was served upon the below-listed counsel of record by CM/ECF on the 9th day of September, 2008:

Henry C. Bunsow
Jonathan E. Retsky
(retskyj@howrey.com)
Thomas W. Jenkins, Jr.
(Jenkinst@howrey.com)
Nathan A. Frederick
Jason C. White
(whitej@howrey.com)
HOWREY LLP
321 N. Clark Street, Suite 3400
Chicago, IL  60610
Tel:   (312) 846-5648
Fax:  (312) 264-0380

***Attorneys for Motorola, Inc.***

M. Andrew Woodmansee
(mawoodmansee@mofo.com)
Gregory W. Reilly (greilly@mofo.com)
David C. Doyle (ddoyle@mofo.com)
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA  92130
Tel:  858-720-5100
Fax:  858-720-5125

Daniel J. O'Connor
(daniel.j.o'connor@bakernet.com)
Baker & McKenzie, LLP
130 East Randolph Drive
Suite 3100
Chicago, IL  60602
Tel: 312-861-2790
Fax: 312-861-2899

***Attorneys for Kyocera Sanyo Telecom, Inc. and Kyocera Wireless Corp.***

Timothy J. Vezeau
(timothy.vezeau@kattenlaw.com)
Breighanne A. Eggert
(breighanne.eggert@kattenlaw.com)
Michael A. Dorfman
(Michael.dorfman@kattenlaw.com)
Katten Muchen Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661
Tel:   (312) 902-5200
Fax:  (312) 902-1061

***Attorneys for Sanyo Electric Co, Ltd.***

Steven Yovits
(yovits@howrey.com)
Scott Sherwin
(Sherwin@howrey.com)
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL  60654
Tel:  312-595-1239
Fax:  312-595-2250

Chad Peterson (petersonc@howrey.com)
Thomas Dunham
(dunhamT@howrey.com)
John Dubiansky
(dubianskyj@howrey.com)
Alan Grimaldi (grimadlia@howrey.com)
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
Tel:  202-783-0800
Fax:  202-383-6610

***Attorneys for Sprint Spectrum, L.P.***

Christopher W. Carmichael
Christopher.carmichael@hklaw.com
Christopher J. Murdoch
Chris.murdoch@hklaw.com
Holland & Knight, LLP
131 S. Dearborn Street
30th Floor
Chicago, IL  60603
Tel:  (312) 578-6641
Fax:  (312) 578-6666

Andrew C. Sonu
Lei Mei
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
11955 Freedom Drive, Suite 800
Reston, VA  20190
Tel:  (571) 203-2700

Frank A. DeCosta, III
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue
Washington, DC  20001
Tel: 202-408-4000
Fax: 202-408-4400

***Attorneys for LG Electronics, Inc***.


/s/ David J. Mahalek
Attorney for Intellect Wireless