**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Intellect Wireless, Inc.
                       Plaintiff,

v.                                              Case No.: 1:08−cv−01350
                                                Honorable James F. Holderman

Motorola, Inc., et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

      MINUTE entry before the Honorable James F. Holderman: Plaintiff Intellect Wireless, Inc.'s agreed motion to dismiss SANYO ELECTRIC CO. LTD. AND FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT [86] is granted. The third amended complaint is to be filed on or before 9/12/2008; defendants are given until 9/26/2008 to answer or otherwise plead to the third amended complaint. Status hearing date of 9/11/2008 is reset for 10/2/2008 at 9:00 AM. Sanyo Electric Co. Ltd. terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.